UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CIVIL NO. 10-10980

FLAGSTAR BANCORP, INC.,

    Plaintiff,

-v-

SUNSET MORTGAGE CO.,

    Defendant.
                                                       /

## ORDER RESCINDING ORDER OF REFERENCE TO MAGISTRATE JUDGE

IT IS HEREBY ORDERED that the Order of Reference to Magistrate Judge Komives dated March 17, 2010, is RESCINDED.

                                    s/Patrick J. Duggan
                                    Patrick J. Duggan
                                    United States District Judge

Dated: December 14, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 14, 2010, by electronic and/or ordinary mail.

                                    s/Marilyn Orem
                                    Case Manager