UNITED STATES DISTRICT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**FLAGSTAR BANCORP, INC.,**
**d/b/a FLAGSTAR BANK,**

    **Plaintiff,**                                    Case No. 2:10-CV-10980

                                                   Honorable John Feikens
v                                                   Magistrate Judge Paul J. Komives

**SUNSET MORTGAGE CO.**

    **Defendant.**

| **RICHARD E. SEGAL & ASSOCIATES** | **RANDALL J. GILLARY, P.C.** |
|---|---|
| Richard E. Segal (P33107) | Randall J. Gillary (P29905) |
| Todd W. Grant (P45531) | Kevin P. Albus (P53668) |
| **Attorneys for Flagstar Bank** | **Attorneys for Defendant** |
| 6230 Orchard Lake Road, Suite 294 | 201 W. Big Beaver Road, Suite 1020 |
| West Bloomfield, Michigan 48322 | Troy, MI 48084 |
| (248) 855-4880 | (248) 528-0440 |
| Rsegalatty@aol.com | rgillary@gillarylaw.com |
| Tgrantatty@aol.com | kalbus@gillarylaw.com |

### **CONSENT JUDGMENT**

At a session of said Court, held in the
City of Detroit, State of Michigan on
January 3, 2011.

**HONORABLE: PATRICK J. DUGGAN**
U.S. District Court Judge

      The parties hereto having settled their dispute and having consented to the entry of this Judgment as evidenced by the signatures of their counsel below, and the Court being otherwise fully advised;

      **NOW, THEREFORE, IT IS HEREBY ORDERED** that Judgment is hereby entered in

favor of Plaintiff Flagstar Bank, FSB and against Defendant Sunset Mortgage Co. in the amount of One Hundred Fifty Thousand Dollars and 00/100 ($150,000.00).

**IT IS FURTHER ORDERED** that so long as Defendant is not in default on the following payments (for which it shall have a ten (10) day grace period), this Judgment shall not accrue interest and Plaintiff shall take no action to enforce or collect this Judgment (including but not limited to, filing the Judgment in any other court): $25,000.00 on or before January 1, 2011, April 1, 2011, July 1, 2011, October 1, 2011, January 1, 2012 and April 1, 2012.

S/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: January 3, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 3, 2011, by electronic and/or ordinary mail.

S/Marilyn Orem
Case Manager

CONSENT TO ENTRY OF THIS JUDGMENT.

*/s/ Richard E. Segal*                             */s/ Kevin P. Albus*
Richard E. Segal (P33107)               Kevin P. Albus (P53668)
Attorney for Plaintiff                         Attorney for Defendant